```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

DIANNA BLAIRTORBETT,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:09-0827

UNITED STATES OF AMERICA, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on May 21, 2012, in which he recommended that the District Court dismiss plaintiff's complaint without prejudice for failure to prosecute and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a _de novo_ review by this court.  _Snyder v. Ridenour_, 889 F.2d 1363 (4th Cir. 1989).

    The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the applicable time

period. Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's complaint without prejudice and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 23rd day of July, 2012.

ENTER:

David A. Faber
Senior United States District Judge